FILED
April 10, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09-cr-132 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Stanley Thompson, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Stanley Thompson  Case 2:09-cr-132 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      \_    Release on Personal Recognizance

      \_    Bail Posted in the Sum of _____

      X    Unsecured bond in the amount of $10,000

      \_    Appearance Bond with 10% Deposit

      \_    Appearance Bond secured by Real Property

      \_    Corporate Surety Bail Bond

      X    (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 4/10/09    at  2:31 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge