DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STANLEY THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-132 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE/CHANGE OF PLEA |
| ) | |
| STANLEY THOMPSON, ) | |
| ) | Date:  September 29, 2009 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated between the parties, Samantha S. Spangler, Assistant United States Attorney, and Caro Marks, attorney for defendant Stanley Thompson, as follows:

The status conference date of September 22, 2009, should be continued until September 29, 2009, at which time the parties anticipate the defendant will enter a guilty plea.  The reason for the continuance is to allow counsel to meet and analyze a new development in the defendant's criminal history, which may affect the defendant's potential sentence under the federal sentencing guidelines.   The

1  continuance will also give defense counsel additional time to meet with
2  the defendant to advise him about possible sentencing alternatives.
3      IT IS STIPULATED that the period from the date of this Stipulation
4  up to and including September 29, 2009, be excluded in computing the
5  time within which trial must commence under the Speedy Trial Act,
6  pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary
7  preparation by counsel.
8  Dated: September 18, 2009
9                                        Respectfully submitted,
10
11                                       DANIEL BRODERICK
                                         Federal Defender
12
13                                       /s/ Caro Marks
                                         _____
14                                       CARO MARKS
                                         Assistant Federal Defender
15                                       Attorney for Defendant
                                         STANLEY THOMPSON
16
17
   Dated:  September 18, 2009
18
                                         LARRY G. BROWN
19                                       United States Attorney
20
                                         /s/ Caro Marks for
21                                       _____
                                         By:  SAMANTHA S. SPANGLER
22                                       Assistant U.S. Attorney
23
24
25                                  ORDER
26  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered
27  that the status conference presently set for September 22, 2009, be
28  continued to September 29, 2009, at 9:30 a.m.   Based on the

Thompson s/o                            -2-

representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this stipulation, up to and including the September 29, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

Dated: September 18, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge