DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STANLEY THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-132 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE/CHANGE OF PLEA |
| ) | |
| STANLEY THOMPSON, ) | |
| ) | Date:  October 6, 2009 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. John A. Mendez |
| _____ ) | |

It is hereby stipulated between the parties, Samantha S. Spangler, Assistant United States Attorney, and Caro Marks, attorney for defendant Stanley Thompson, as follows:

The status conference date of September 29, 2009, should be continued until October 6, 2009, at which time the parties anticipate the defendant will enter a guilty plea.

Counsel for the government and defense have met and conferred about the defendant's criminal history score under the federal sentencing guidelines.  The parties also made minor changes to the

1 proposed plea agreement.  Due to medical and other commitments, defense
2 counsel will not have sufficient time to review the plea agreement and
3 advise the defendant properly of the nature and consequences of entry
4 of a guilty plea by or before September 29, 2009.  Defense counsel thus
5 moves the court, with the agreement of the government, to continue the
6 matter for entry of plea on October 6, 2009.

7    IT IS STIPULATED that the period from the date of this Stipulation
8 up to and including October 6, 2009, be excluded in computing the time
9 within which trial must commence under the Speedy Trial Act, pursuant
10 to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to permit necessary
11 preparation by counsel.

12 Dated: September 18, 2009

13                                        Respectfully submitted,

14

15                                        DANIEL BRODERICK
                                          Federal Defender
16

17                                        /s/ Caro Marks
                                          _____
18                                        CARO MARKS
                                          Assistant Federal Defender
19                                        Attorney for Defendant
                                          STANLEY THOMPSON
20

21
   Dated: September 18, 2009
22
                                          LARRY G. BROWN
23                                        United States Attorney

24
                                          /s/ Caro Marks for
25                                        _____
                                          By:  SAMANTHA S. SPANGLER
26                                        Assistant U.S. Attorney

27

28
                                  ORDER

   Thompson s/o                    -2-

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 29, 2009, be continued to October 6, 2009, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the signing of this stipulation, up to and including the October 6, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to prepare.

Dated: September 25, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge